IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DALE W. ADAMS and
CYNTHIA LONG ADAMS,

       Plaintiffs,

v.                                 Civil Action No. 3:06-CV-65
                                     (JUDGE BAILEY)


RUSH TRUCKING CORPORATION,
a corporation, and
DENNIS LEE GILKINSON,

       Defendants.

## ORDER  RESCHEDULING OPPORTUNITY TO BE HEARD

For reasons appearing to the Court, the Opportunity to be Heard  originally scheduled for

**Friday, August 17, 2007, at 2:00 p.m.,** has been **RESCHEDULED** for **Monday, August  27,**

**2007, at 2:00 p.m.,** in the Magistrate Judge Courtroom, Room 433, Fourth Floor, United States

Courthouse, Twelfth and Chapline Streets, Wheeling, West Virginia.

      The Clerk of the Court is directed to provide a copy of this Order to parties who

appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures

for Electronic Case Filing in the United States District Court for the Northern District of West

Virginia.

      DATED:  August 17, 2007

                                   /s/ James E. Seibert
                                   JAMES E. SEIBERT
                                   UNITED STATES MAGISTRATE JUDGE