**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**DALE W. ADAMS and
CYNTHIA LONG ADAMS,**

       Plaintiffs,

v.                                   **CIVIL ACTION NO. 3:06-CV-65
(BAILEY)**

**RUSH TRUCKING CORPORATION,
a corporation, and
DENNIS LEE GILKINSON,**

       Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE

On this day, the above-styled matter came before the Court for consideration of the defendants' Motion to Continue trial [Doc. 147]. The defendants state that Rush Trucking's Director of Safety and Risk Management, Bill Downing, has a non-refundable vacation scheduled for the week of trial, currently set January 15, 2008. After review of the above, and for good cause shown, the motion [Doc. 147] is hereby **GRANTED**. It is, therefore, **ORDERED** that trial in this matter be continued until January 8, 2008.

    It is so **ORDERED**.

The Clerk is directed to forward copy of this Order to all counsel of record.

**DATED:** October 3, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE