IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DALE W. ADAMS and
CYNTHIA LONG ADAMS,

        Plaintiffs,

v.                                              Civil Action No. 3:06-CV-65
                                                  (JUDGE BAILEY)

RUSH TRUCKING CORPORATION,
a corporation, and
DENNIS LEE GILKINSON,

        Defendants.

## ORDER DOCKETING LETTER AND SEALED DOCUMENTS

By letter dated October 26, 2007, counsel for Defendants forwarded to the Court recently discovered documents under seal which counsel believes may be the subject of previous discovery requests by Plaintiffs. Counsel stated "This is not resultant from any pending dispute . . . ." The only issue is whether the documents are within the scope of Plaintiffs' previous discovery requests. As counsel for Defendants stated the matter is not before the Court. Ruling **DECLINED**. The Clerk is directed to docket the letter and retain the documents under seal as sealed.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: October 30, 2007

                                                                    JAMES E. SEIBERT
                                                                    UNITED STATES MAGISTRATE JUDGE